```
1  SHYAM CHETAL
   45319 WHITETAIL COURT
2  FREMONT, CA 94539                              FILED
3
   IN PRO PER                                   MAR 18 2019
4
                                              SUSAN Y. SOONG
5                                        CLERK, U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF CALIFORNIA
6
             SUPERIOR COURT OF THE STATE OF CALIFORNIA
7
                  FOR THE COUNTY OF CONTRA COSTA
8
```

| | | |
|---|---|---|
| 11 | SHYAM CHETAL, | ) Case No.: 3:18-CV-3731 EMC |
| 12 | Plaintiff, | ) DECLARATION OF SHYAM CHETAL P\ <br> ) PLAINTIFF/REQUESTER IN SUPPORT |
| 13 | vs. | ) OF MOTION FOR JUDICAL NOTICE <br> ) OF OFFICAL RECORDS IN SUPPORT |
| 14 | | ) OF CHETALS CROSS MOTION FOR |
| 15 | UNITED STATES DEPARTMENT OF | ) SUMMARY JUDGEMENT, AND IN <br> ) OPPOSTION TO DEFENDANTS MOTION |
| 16 | INTERIOR, | ) FOR SUMMARY JUDGEMENT |
| 17 | Defendant | |

Motion to take Judical Notice of the following Documents under Federal Rule of Evidence 201(c)(2);

**TABLE OF CONTENTS**

STATEMENT OF FACTS -IDENTIFICATION BY NUMBERED EXHIBITS OF TRUE AND CORRECT COPIES OF TWNTY FIVE (25) EXHIBTS -CHIEF EXHIBIT ''INTERNET ADD  ''LARGE HIGH PURITY GYPSUM MINE  FOR SALE  OWNED BY MARIAN PORTER  FOR SALE -250 MILLION  -PORTER OWNER IN FACT -VERIFICATION WITH BUREAU OF LAND MANAGEMENT-SECOND INTERNET ADD ''BUISNESS PROPOSITION
MARIAN PORTER OWNER OF TEN SLEEP GYPSUM MINE''

EXHIBIT 1- DEPARTMENT OF JUSTICE  FOIA  PROCEDURAL REQUIREMENTS ''TIME LIMITS PAGES 35-38,-MICHAEL NEDD ACTING DIRECTOR OF US BUREAU OF LAND MANAGEMENT,PAMELA  STILES,LAND LAW EXAMINER ,BUREAU OF LAND MANGEMENT   26 YEARS,-GLIMORE V US DEPT OF ENERGY 33 F

1  SUPP2D 1184,(ND CAL 1998)-VIOLATION OF 5USCA SEC 552
   (A)(4)(B),552(D)
2
3  EX 2 10/20/ 17 EMAIL SHYAM CHETAL TO MICHAEL NEDD DIRECTOR  REQUEST
   FOR TEN SLEEP CHANGE OF OWNERSHIP  BACK TO MARIAN PORTER  EXPEDITED
4  PROCESSING CERTIFCATION-LARGEST HIGH PURITY GYPSUM MINE FOR SALE
   MARIAN PORTER OWNER -TENSLEEP BUISNESS PROPOSITION ON GOOGLE ON
5  INTERNET JULY 2017 TO MARCH 2019

6  EX 3-11/1/2017 SHYAM CHETAL FAX TO MICHAEL NEDD  NATIONAL BUREAU
7  LAND MANAGEMENT REQUEST FOR FOIA DOCUMENTS FAX CONFIRMATION SHEET

8  EX 4  1/30/18 CHETAL REQUEST FOR ''ALL DOCUMNTS ON MARIAN PORTER
   APPEAL ALL AFFADAVITS  ADDRESS CELL NUMBER GIVEN BY CHETAL
9  3/1/18 BLM SEND 833 DOCUMNTS TO CHETAL FOR CHARGE OF $108 .29  NO
   CURRENT OWNERSHIP DOCUMENTS SERNT REPONSIVE TO INTERE ADDS FOR SALE
10 OF TEN SLEEP MINE AND REACQUISTION OF MINE AFTER FORFEITURE
11 DECISIONS AND APPEALS FOR NON PAYMENT OF REQUIRED FEES

12 EX 5 5/17/18 CHETAL DEMAND FOR FOIA RECORDS TO DISTRICT MANAGER
13
   BLM K LIEBHAUSER NO RESPONSE
14

15
   EX 6 EX B  5/17/18 CHETALS SAME DEMAND TO DIRECTOR  S  FREEMAN,US
16
17 DEPT OF INTERIOR  NO RESPONSE

18 EX 7  EX C -NO RESPONSE

19 EX 8 ''EX D  COPY OF CHARGE MADE BY BUREAU OF LAND MANGEMENT TO
20
   CHETAL OF 4108.29 FOR 833 PAGES NOTHING ON PORTERS REACUISTION OF
21
   TEN SLEEP MINE
22
23 EX 9 ''EX E '' APRIL 9 2018 CHETAL FAX TO DIANNE RISKO BUREAU OF

24 LAND MANAGEMENT NO COPY OF OWNERSHIP OF TEN SLEEP MINE-ATTACHMENT

25 OF FORFITURE DECISION OF US DEPT OF INTERIOR OF MARCH 20 2014

26 EX 10 4/10/18 D RISKO BUREAU OF LAND MANAGEMENT  ''YOU RECEIVED
27
   FULL COMPLETE COPIES OF FILE WMC 229829- FALSE NO DOCUMENTS
28

1  RESPONSIVE TO TEN SLEEP MINE SALE 250 MILLION PREVIOUSLY SENT IN
2  OCTOBER 2017!!
3  EX 11  PUBLIC EMPLOYEES V US EPA  315 F SUPP 3D 68  (DC DC 6/1/18)
4  GOV AGENCY COULD NOT CLAIM CONFUSION REGARDING RECORDS SOUGHT
5  GIVEN IT HAD PREVIOUSLY PRESENTED WORK HERE DEPT OF INTERIOR HAD
6
7  LITIGATED WITH PORTER FOR 4 YEARS IN 4 COURTS !!
8  EX 12''EX H '' 6/5/18 BUREAU OF LAND MANAGEMENT TO CHETAL
9  ''CLARIFICATION EXCUSE'' PLEASE PROVIDE ADDITIONAL INFORMATION AS
10 ATTEMPTED PLOY TO AVOID NON PRODUCTION OF FOIA RECORDS FOR  6
11 MONTHS
12
13 EX 13  OFFICAL RECORDS OF BURESAU OF LAND MANAGEMENT  INVOLVING
14 MARIAN PORTER TEN SLEEP MINE  2005 TO 5/20 13 SUPERVISED BY PAMELA
15 STILES  CONFIRMATION OF FORFEITURE IN MAY 2013 FOR NON PATMENT FEES
16 TIMELY
17 EX 14 NEVADA FEDERAL LOCAL RULE REQUIRING ATTORNEYS TO FILE NOTICE
18 OF RELATED CASES -DELIBERATE DECEPTION BY ATTORNEY KOZAAK AND
19
20 CLIENT PORTER FRAUD NEVER REVEALING TO US DISTRICT JUDGE  LARRY
21 HICKS FOR THREE YEARS MULTIPLE MAPPEALS TO US DEPARTMENT OF
22 INTERIOR  US DISTRICT COURT NEVADA AND US TENTNTH CIRCUIT COURT OF
23 APPEALS LITIGATION OF FORFEITURE APPEALS TO VACATE 12/31/2013
24 ORIGINAL FORFEITURE DECISION PORTER HAD NO RIGHT TO ATTEMPT TO SELL
25 GYPSUM MINE TO CHETAL LOST ALL LEGAL RIGHT FOR NON PAYMEMT THEN
26
27 CONCEALED LITIAGTION FROM US COURT NEBADA  PORTER C CHETAL  EXHIBIT
28 18  WITHIN  CASE NUMBER  33 CV 00661PORTER V CHETAL TOTAL UNETHICAL

1. BEHAVIOR ATTACHED ETHICAL STANDARDS  FOR NEVADA ATTORENYS -KOZAK
2. DUTY TO OPPOSING PARTY DUTY OF CANDOR TO COURT  VIOLATON OF LR 7-21
3. TO ACCOMPLISH ''FRAUD ON COURT'' IGNORANCE OF PARRALLEL LITIGATION
4. DECEPTION AND CONCEALMENT FROM US DISTRICT JUDGE HICKS
5. EX 15  OFFICAL FORFITURE DECISIONS IN WHICK PORTER BY ATTORNEY
6. KOZAK LOST ALL INTEREST IN TEN SLEEP MINE BEFORE ATTEMPTED SALE TO
7. CHETAL 12/31/13- MINING CLAIM FORFEITED BY OPERATION OF LAW-APPEAL
8. BY ATTORNEY KOZAK TO US DEPARTMENT OF INTERIOR-RECORD ON APPE4AL
9. PROCESSED IN PART BY PAMELA STILES BLM CHEYENNE -MARCH 20 2014
10. ORDER OD DEPARTMENT OF INTERIOR  OFFICE OF APPEALS AFFIRMING
11. FORFEITURE DECISION OF 12/31/13  CC OF OPINION TO PAMEAL STILES
12. PAGE 6
13. EX 16 DUPLICATE OPINION OFFICFAL CERTIFIED OF MARCH 20 2014  US
14. DEPARTMENT OF INTERIOR  MARIAN K PORTER  IBLA NUMBER 2014 -92
15. WMCFILE CHEYENNE WYOMING 229828
16. EX 17 PORTER V US DEPT OF INTERIOR AND SECRETARY OF US DEPT OF
17. INTERIOR FILED IN US DISTRICT COURT WYOMING CASE NO 14 CV 083 8
18. COMPALINT FOR DECLATORY RELIEF  PAGE 8 PARAGRAPHS 43 AND 44

''EVEN THOUGH PORTER HAS CLAIMED DAMAGES  PORTER EXPECTS TO GAIN LITTLE IF ANYTHING FROM LAWSUIT AGAINST CHETAL; BUT PURSUING IT TO MAKE A CLEAR PUBLIC RECORD  CHETAL IS DIDHONEST....9NEVER FILES SERVED ON CHETAL OR US DISRTICT COURT JUDGE HICKS BEFORE SUMMARY JUDGEMENT ORDER OF 420 MILLION  3/1 / 17

SEE EXHIBIT 24 DOCKET ENTRIES 96-108 AND FINAL SUMMARY JUDGEMENT ORDER

EXHIBIT 18 COPY OF CERTIFIED DOCKET SHEET PORTER V CHETAL 12/2/13 TO 3/27 17 CASE 3 13 CV 00661 BJUDGE HICKS RENO NEVADA NOT ANY MENTION OF LITIGATION AGAINST DEPT OF INTERIOR BY MARIAN PORTER AND ATTORNEY KOZAK SEE ENTRY OF 7/7/2015 CHETAL APPEAR BEFORE JUDGE HICKS GIVES CELL NUMBER EMAIL ADDRESS PORTER AND KOZAK PRESENT DO NOT DISCLOSE SALE ON GOING OF THEN SLEEP MINE MAGISTATE MOCKS CHETAL REFUSES TO ADMITT COPY OF SALE INTERNET ADD PORTE PRESENT AND KOZAAK STAY SILENT OF TENTH CIRCUIT APPEAL WYOMING FEDERAL LITIGATION -''FRAUD ON COURT '' REQUIRING JUDEMENT TO BE VACATED SALE DOCUMENTS IN THIS FOIA LITIGATION ABSOULUTEY NECCCESAY TO VACATE 220 MILLION DOLAR SUMMARY JUDGEMET ORDER

EX 19 LR 7 21 NEVADA FEDERAL LOCAL COURT RULE -PORTION OF TRANSCRIPT OF JULY 7 2015 RENO NEVADA PORTER V CHETAL NO 3 13 CV 00661 US MAGISTATE JUDGE COOKE -PAGE 2 CHETAL GIVES DETAILS FOR CONTACT EMAIL FFAX OFFICE NUMBER OFFRICE ADDRESS LATER CLOSED IN NOVEMEBR 201`7 PAGE 70 71 CHETAL TRIES TO FILE INTERNET ADD OF THEN SLEEP FOR SALE ''COUT THIS IS NOT AMOTION BECAUSE ITS NOTHING ITS NOT A MOTION
MR KOZAK ''ANY QUESTIONS'' NO YOUR HONOR PAGE 71 LINE 12 FAILURE TO DICLOSE OTHER TENTH CIRCUIT APPEAL FACT OF SALE OF TEN SLEEP

1  MINE ON INTERNET ADD ATTACHED AND THICAL RULES IN NEVADA  ABA RULES
2  OF CANDOR AND LOCAL RULE NOTICE OF OTHER LITIGATION
3  EX 20-
4  COPY OF OFFICAL DOCKET SHEET OF US TENTH CIRCUIT COURT OF APPEAL
5  DOCKETED 4/24/15- TERMINATED 8/12/15
6
7   NOTE 7/8 15 DAY AFTER RENO FEDERAL HEARING BEFORE US MAGUSTRTE V
8  COOKE AS CONSCIOUSNESS OF FRAUD  PORTER BY KOZAkK FILES MOTION TO
9  EXTEND TIME TO FILE BRIEF  ORDER GRANTED 7/9/15 THEN8/12/15 KOZAK
10 FOR PORTER FILES MOTION TO DISMISS APPEAL ALL WITHOUT NOTICE TO US
11 COURT AND US JUDGE HICKS IN RENO OR CHETAL
12
13 EX 21 -INTERNET ADDS FOR SALE OF TEN SLEEP MINE ''PORTER4 IS SOLE
14 INVESTED OWNER AND OWNER IN FACT OF SAME TEN SLEEP MINE SHE
15 OBTAINED A 220 MILLION DOLLARSUMMARY JUDGEMENT ON 3/1/17 ''ALL
16 RECEIPTS FROM DEPT OF INTERIOR  AND US BUREAU OF LAND MANAGEMENT
17 STATE ''ALL MINING FEES HAVE BEEN PAID ''!!!!!!!!!!
18
19 EX 22  AZAR V YELP 11/27/18   2018 WL 6182756 ND CAL CASE NO 18-CV
20 00400 JUDGE EDWARD M CHEN REQUIREMENTS OF JUDICAL NOTICE
21 AND SMITH V FLAGSTAR BANK  2019 WL 631537 ND CAL   FEDERAL RULE OF
22 EVIDENCE 201 AND INCORPORATION BY REFERNCE  KHOJA V ODEXIGEN
23 THERAPUTICSC  899 F3D 988,998,(9TH CIR 2018)
24 EX 23 CHETALS MOTION TO VACATE 200 MILLION DOLLAR JUDGEMENT FRAUD
25 ON THE COURT  FILED 2/27/18 ND CAL -
26
27 PORTER V CHETAL ND CAL CASE NO 4 17 MC 80068   ORDER OF SUMMARY
28 JUDGEMENT AGAIST CHETAL FOR PORTER 3/27 17 -

1. PORTER V CHETAL ND CAL MAY 3 2017
2. PORTER FILES MOTION TO ENFORCE 200 MILLION DOLLAR JUDGEMENT IN US
3. DISTRICT COURT NORTHEN DISTRICT OF CALIFORNIA
4. 4/26/18 PORTER V CHETAL
5. 
6. US MAGISTRATE DONNA RYLL TRANSFER ENFORCMENT CASE AND MOTION TO
7. VACATE 200 MILLION DOLLAR 60 B MOTION FOR FRAUD ON COURT BACK TO
8. RENO VEVADA JUDGE HICKS !1
9. CHETALS MOTION FOR RECONSIDERATION OF 6/8/18 DENIED
10. NINTH CIRCUIT APPEAL FROM THAT ORDEER BY CHETAL TRANFERING VENUE
11. FOR ENFORCEMENT BUT NOT RULE 60 B MOTION FILED BY CHETAL FOR FRAUD
12. ON COURT      DENIED
13. 
14. EX 24 COMPLETE CERTIFEIED COPY OF PORTER V CHETAL 313 C V 00661
15. LRH FILED 12/2/13- TERMINATED 3/27/17 -108 ENTERIES IN DOCKET
16. BUT NOT A SINGEL FILING OR NOTICE BY ATTORNEY CHARLES KOZAK OR
17. CLIENT MARIAN PORTER OF OTHER FEDERAL LITIGATION WITH US DEPARTMENT
18. OF INTERIOR IN FOUR DIFFERENT FEDERAL COURTS EVER REVEALED
19. FRAUDULENT MISCONDUCT PREDICATE FOR FOIA CTION AND TEN SLEE4P MINE
20. RECORDS TO VACATE 200 MILLION DOLLAR JUDGEMENT
21. IT CAN NOT BE THAT PORTER OWNS A 250 MILLION DOLLAR MINE FOR SALE
22. AND AT SAME TIME IS ENFORCING A 200 MILLION DOLLAR JUDGEMENT ON
23. GROUNDS OF BREACH OF CONTRACT ON MINE SHE DID NOT IN FACT OWN BY
24. DEPRATMENT OF INTERIOR DECISIIONS BUT IS ENFORCING THE FRAUDULENT
25. JUDGEMT
26. 
27. 
28.

1  ''PRINCIPLE OF NON CONTRADICTION'' PORTER CANT ENFORCE A JUDGEMENT
2  FOR LOST MINE AND AT SAME TIME OFFER SAME MINE FOR SALE FOR 200
3  MILLION
4
5  EX 25  CHETALS COMPAINT FOR DECLATORY RELIEF
6  ATTACHED SEVEN EXHIBITS INCLUDING SAME EXHIBITS 1-9 HERE   NOT A
7  SINGLE DENIAL BY DEPARTMENT OF INTERIOR CONCERNING FACT SUBJECT TEN
8  SLEEP MINE IS FOR SALE AND AFFADAVIT FROM PAMELA STILES AND MARIAN
9  PORTER MICHAEL NEDD ADMITTING OR DENYING PORTER IN FACT IS OWNER
10 TODAY OR HAS INTEREST TODAY IN 1 BILLION DALLAQR TEN SELLP MINE FOR
11 SALE ON INTERNET
12
13  ADDITIONAL SUMMARIES OF EXHIBITS 3 ATTACHED PURSUANT TO FEDERAL
14 RULE OF EVIDENCE 1005.5 AND RULE  1006  SUMMARIES TO PROVE CONTENT
15
16 II  LEGAL AUTHORITIES IN SUPPORT OF CHETALS MOTION FOR JUDICAL
17 NOTICE
18
19 THE SAME DOCUMNENTS HAVE PREVIOUSLY BEEN PROVIDED TO AUSA RAVEN
20 NORRIS IN COMPAINT AND EXHIBITS   DE 1.,MOTION TO EXPEDITE DISCOVER
21 DE 19 WHICH WAS DENIED BY COURT.AND RECENTLY ON REQUEST TO AUSA
22 RAVEN NORRIS ON 2,18 2019 WHICH WAS REJECTED ON GROUNDS ATTACHED IN
23 ENCLOSED LETTER
24
25
26 CHETAL REQUESTS THE COURT TAKE MANDATORY JUDICAL NOTICE PURSUANT TO
27 FEDERAL REULE OF EVIDENCE 201 (c)2   ON THE FOLLOWING AUTHORITIES
28 US EX REL ROBINSON RANCHERA V BORNEO ,971 F2D 244,248 (9TH CIR

1992),RITTER V HUGHES AIRCRAFT ,58 F3D 454,458,(9TH CIR 1995),COLONIAL PENN INS CO V COIC,877 F2D 1236,1239 (4TH CIR 1998) CITY OF SANTA CLARA V ASTRA USA  401 F SUPP2D 1022 (ND CAL),LEE VCITY OF LOS ANGELES 250F 3D 668,669 (9TH CIR 2006),RITTER V HUGHES AIRCRAFT  58 F3D 454 458 (9TH CIR 1995,REY PASTA BELLA V VISA USA 442 F3D 741 746  NOTE 6 (9TH CIR 20016),LYON V GILA RIVER COMMUNITY 626 F3D 1059,1075 (9TH CIR 2010)TRANSMISSION AGENCY NOR CAL V SIERRA POWER  295 F 3D 918,924 N3 EXITENCE OF ONGOING LITIGATION (9TH CIR 20012),GEN CSAMP LENDING V QUARLES BRADY  269 F SUPP3D 1007(ND CAL 2017  JUDICAL NOTICE OF PLEADINGS)GERRITS V WARNER BROS  112 F SUPP 3D 1011 ,1034 (CD CAL 2015  JUDICAL NOTICE INTERNET DOCUMENTS)

AZAR V YELP 2018 WL 6182757 CASE NO ND CAL JUDGE EDWARD M CHEN 11/27 18 AND SMITH V FLAGSTAR BANK 2019 WL 631537 ND CAL 2/14 19

WHERFORE

SHYAM CHETAL REQUESTS THE ORDER OF JUDICAL NOTICE OF ATTACHED 25 EXHIBITS AND SUMMARIES


SHYAM CHETAL

MARCH 16 2019

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE MOTION HAS BEEN EXPRESSED MAILED TO AUSA RAVEN NORRIS AT HER ADDRESS AT THE US ATTORNEYS OFFICE IN SAN FRANCISCO CALIFORNIA A PREVIOUS SET OF THE 25 EXHIBITS HAVING BEEN PREVIOUSLY SENT IN FEBRAURAY 2019

*[signature]*
SHYAM CHETAL
03/16/19

## B. Argument

*[You should have an argument section for each issue that you listed on page 2. Explain why the Court should rule in your favor on each issue. Provide facts and case law/statutes (if you have any). Add more pages as needed.]*

A Court has authority to take Judicial Notice of Adjucicative facts, under Federal Rule of Evidence 201 (b) and must take judicial notice upon request when the necessary information is supplied for review, when the facts are not subject to reasonable dispute either (1) that are generally known within the Courts jurisdiction or (2) can be accurately and readily determined from soucres whose accuracy cannot be reasonably be questioned- ie supplied with official copies and or Court reviews specific pleadings identified by Chetal to confirm accuracy on Pacer Federal Pleading System. Federal Rule of Evidence 201(b) – Colonial Penn Ins Co v Coil 887 F2d 1236,1239(4th Cir1989) especially when the matters at issue involve direct relevance and the sane parties or similar issues. US v Robinson Ranchera CIT v Borneo 971 F2d 244,248(9th Cir 1992)

US v Wilson 631 F2d 118,119(9thCir 1980), Ritter v Hughes Aircraft 58 F3d 454,458 (9th Cir1995)

Plantiff Chetal has sent the official copies of the pleadings express mailed to AUSA Raven Norris on 2/27/19 and after her review and response and any agreements or objections before filing the Motion of Summary Judgement by the United States Department of Interior due March 9th 2019

Wherefore, Plantiff Chetal requests the Court to enter an Order allowing Judical Notice be taken of all Federal official pleadings filed by Plantiff /Requester Chetal filed as Exhibits in this action

Respectfully submitted,

Date: 3/16/19        Sign Name: _____

3/16/19        Print Name: Shyam Chetal

NOTICE AND MOTION *[type of motion]* MOTION FOR JUDICAL NOTICE OF OFFICAL RECORDS
CASE NO.:3:18 cv 3731_____; PAGE ___ OF _____  *[JDC TEMPLATE - rev. 2017]*

### III. MEMORANDUM

#### A. Statement of Facts

*[Write the facts relevant to the Motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the Instructions for more detail.]*

1. Ex 1 Michael Need ,ActingDirector US BLM  Chief FOIA Officer,Pamela Stiles ,over 20
2. years experince at BLM Cheyenne Wyoming ,handled all Porter Ten Sleep Mine letters 20 years
3. Ex 2 10/20/17 Chetal detailed email to Michael Nedd  US Dept of Interior,thank you for submitting
4. FOIA request  Request for  Expedited Processing -NO Documents sent to Chetal  in 2o days!
5. Ex 3  Nov 1 2017  Fax transmission to acting Director Michael Nedd -Ownership Records  Ten
6. Sleep Mine  for sale   -Fax transmission confimation  8 pages  mine description Ten Sleep Mine
7. No reponse of any kind after 20 days  from Michael Nedd or BLM despite "LETTERS FROM BLM
8. CERTIFY THAT MINING CLAIM IS CONSIDERED REAL PROPERTY AND CAN BE SOLD-
9. "RECEIPTS FROM DEPT OF INTERIOR  AND US BUREAU OF LAND MANAGEMENT
10. STATE ALL MINING CLAIMS MAINTENANCE FEES  HAVE BEEN PAID
11. ALL CLAIM DOCUMNTATION SHOWING MRS PORTER AS OWNER  OF THESE CLAIMS
12. IS AVAILABLE ON REQUEST;;  CHETAL SENDS COPY OF 3/27/17 200 MILLON JUDGEM
13. Ex 4 Chetals letter of 1/30/18 requesting ALL  ALL documnets in Marian Porter appeal resulting in
14. decision of 12/31/2013 which include all affadavits  everthing in appeal file"
15. Resonse of US Dept of Interior BLM   833 pages None  None on change of ownership back to
16. Marian Porter after loss of Ten Sleep MIne on 12 31 2013 and Four appeal lost
17. Exhibit 5  (A) letter of 5.22.18 Chetal to Kim Liebhauser with enclosuers   request for records with
18. precise description  reasons  no response in 20 days !1
19. Ex 6 (B)Letter same to Shyla  Freeman Director   US Dept Of Interior   complete expalanation
20. enclosues of Summary Jurgement against Chetal 200 million and TEN Sleep Mine for sale
21. 220 million on 1 billion dollar gypsum mine for sale  Absolutley no resonse with 20 days!1
22. Exhibits 10-12(Defendants Ex 11-14  BLM letters   six 6 months late requesting clarification and
23. late attempt to conceal waiver of late response due from November 2017 -February 28 2018 in
24. violation of 5 USC Sec 552(A)(6)(C) (i)Crew V Fed Elec Comm 711 F3d180,189(DCCir2013)
25. JudicalWatch VDept Homeland Sec895F3d 770(DCCir2018)BasinWatchVBLM 2016WL6031103

## III. MEMORANDUM

### A. Statement of Facts

*[Write the facts relevant to the Motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the Instructions for more detail.]*

Ex 13 History of supervisionof Porters Ten sleep Mine by P Stiles 2005-3/25/13/Additional fee

of $105,840  due by April25 2013 or decision of claims forfeit by operation of law/forfeit7/12/13

Ex14 Porter by attorney Kozak sues Chetal 12/3/'3 for "loss of mining claim' p12 par67 and millions,

in damages,Disclosure statement does NOT identify Chetal,violates LR7.2.1Related case/ethic rules

Ex 15 12/31/13 Mining claims Forfeit by operation of law-not paid with 2 extensions-preperation of

record on appeal/summary time line of 2/18/2014 prepared by BLM Pamela Stiles Land Law Examiner

Ex 16- 3/20/14 US Dept of Interior affirms  forfeiture order of 12/31/13 Appeal M Porter/ Kozak Atty

Ex17-4/18/14 Porter by atty Kozak sues USDept Of Interior,Sec of Dept,BLM,Director of BLM,in

US District Court  Wyoming Case 14Cv083-8 for loss of Ten Sleepmine-no disclosure of this ligation

to Chetal orUSDistrict Judge Hicks in RenoNev- P8 par 44'Porter expectsto gain little/make record''

Ex-18 Copy of certified civil docket Porter vChetal Nevada #3:13 cv-00661LRH12/2/13-3/27/17

Absolutely no disclosure by Porter or Atty Kozsak of litigation against US Dept of InteriorBLM

Ex19-7/17/2015-Chetal travels to Reno Nev,on motions on 200million dollar damage claim before US

Magistrate Cooke-  Chetal gives email address.phone number/Porterand attorneyKozak present/Chetal

attempts to place in evidence internet add on Google  of Porter selling gypsum mine now listed

"all documentation showing Porter as owner of claims available  on request''Judge denies request

Ethical violations of Nevada Code of Ethics 3.3 and 3.4-failure to disclose-USDept Interior litigation

Ex- 20 –General Docket  Tenth Circuit Court of Appeals Porter v US Deparment of Interior

4/24/2015- 8/12 /2015 US Distict Judge Nancy Freudenthal –Kozak dismisses appeal 8/12/2015

Ex- 21 –Internet adds from July 2015 through 2/25/19 Porter is ''sole invested owner and attorney in

fact  of Ten Sleep gypsum mine- "Letters from US Bureau of Landmanagement certify that the

Mining Claim is Real Prpoerty  and Can BE SOLD"" TEN SLEEP GYPSUM MINE PROJECT

Chetals alleged breach of non existant contract (void for non payment of fees in July12 2013-Ex 13 above ) Porter awarded 200 million in damages-docket numbers102-108 yet-concealment of ownership of Ten Sleep mine –violation of PRINCIPLE OF NON –CONTRADICTION!!

Ex- 23 Chetals Motion to Vacate 200 Million Judgement FRCP60(b-1-6)Fraud on Court-2/27/2018

And attached exhibits –Federal Rules of Evidence 1005/1006 Copies of Public Records to Prove Content -1006 Summaries to Prove Content –US V Aubrey 800 F3d1115,1130(9th Cir. 2015)

Ex-24-Civil Docket Porter v Chetal Case No 4:17 mc-80068 -5/30/17-4/26/18-2018 WL2010987 of 4/26/18 of US Magistrate Ryll –Transfering Oakland action 28 USC 1963 back to Reno Nevada,

Treadway V Academy Arts 783 F2d 1418,1422 )(9th Cir 1986)-Reply of Chetal to Non-Dispositive Order 6/8/18 -2017 wl 6049376 Fidelity National v Freidman (D Ariz 2017)

Ex-25Chetal V US Dept of Interior –Case No 3:2018 cv 03731 ND CAL –EMC

Attached summaries of exhibits in above three (3 ) actions,Porter V Chetal,Porter v US Department of Interior ,Bureau of Land Management,Directors of Dept of Interior and Bureau of Land Management involving directly Pamela Stiles Land Use Manager Marian K Porter,atty Kozak,Ten Sleep Mine

And Chetal v Us Depratment of Interior –Public Records filed in US District Courts-US Department of Interior –Appeals US Court of Appeals Tenth Circuit under Federal Evidence Code Section1005

COPIES OF RECORDS TO PROVE CONTENT and Section 1006- SUMMARIES TO PROVE CONTENT -

attached summaries previously filed with Clerks of Courts in US District Court actions above

NOTICE AND MOTION *[type of motion]*_____
CASE NO.:_____; PAGE____OF_____ *[JDC TEMPLATE - rev. 2017]*

Justice & Diversity Center
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

**Case name:** CHETAL V US DEPARTMENT OF INTERIOR

**Case number:** 3:18 CV-3731-EMC

**What document was served?** *(Write the full name or title of the document or documents, e.g., "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

**Title(s):** DECLARATION OF SHYAM CHETAL PLAINTIFF REQUESTOR IN SUPPORT OF MOTION FOR JUDICIAL NOTICE OF OFFICIAL RECORDS IN SUPPORT OF CHETAL'S MOTION FOR SUMMARY JUDGMENT

**How was the document served?** *(Check one.)*
- ☐ Placed in U.S. Mail
- ☐ Sent by fax
- ☐ Hand-delivered
- ☒ Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

AUSA RAVEN NORRIS 9TH FLOOR FEDERAL BLDG
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102
CLERK US COURT SAN FRANCISCO

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: 3/16/19

**Who served the documents?** *(Whoever puts it into the mail, faxes, hand-delivers, or sends by delivery service should print his/her name, address and sign. You can also do this yourself.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: _/s/ [signature]_
Printed name: Shyam Chetal
Address: 45319 Whitetail ct
Fremont, CA. 94539

CERTIFICATE OF SERVICE [JDC TEMPLATE]                     Rev. 6/2013

## Fwd: Reply

**Shyam Chetal** <shyamchetal@yahoo.com>　　3/8/2019 1:01 PM
To  Jim D.

Settings
Help
About
Tell us what you think
Email Usage (10GB) 33%

F Y I

From: Shyam Chetal < shyamchetal@yahoo.com (mailto:shyamchetal@yahoo.com)>
Date: March 8, 2019 at 1:00:00 PM PST
To: Raven.Norris@usdoj.gov (mailto:Raven.Norris@usdoj.gov)
Subject: Reply

DEAR MS NORRIS

I AGREE TO YOUR MOTION TO EXTEND TIME  OR CONTINUANCE

I DISAGREE WITH YOUR LEGAL POSITION ON THE NEED TO STIPULATE TO UNCONSTESTED FACTS

IREQUEST YOU FILE A RESPONSIVE MOTION WITH LEGAL AUTHOTIES ON THIS POSITION OTHER THAN THE LOCAL RULE   SINCE WE MUST FILE A JOINT STIPULATION IN ANY CASE MANAGEMENT STATEMENT

I WILL SEND YOU ADDITIONAL MOTIONS I HAVE PREPARED FOR YOUR REVIEW

ONE SIMPLE TO SIGN A DECLARATION UNDER PENALTY  OF  PERJURY IS FOR PAMELA STILES TO ADMITT OR DENY THE TRUTH OF THE EXHIBITS DEALING WITH THE  SALE OF  TEN SLEEP MINE

THE ADDS ON THE INTERNET DEALING WITH THE SALE FOR 250 MILLION   WITH MARIAN PORTER AS OWNER AND ATTORNEYIN FACT ARE

TRUE

OR  ARE FALSE

SIGNED BY KIM LIEBHAUSER AS WITNESS

## Fwd: Defendants position on your Motion for Judicial Notice/Statement of Undisputed Facts and Request to extend Case Management Conference by 30 days.

**Shyam Chetal** <shyamchetal@yahoo.com>
**To** Jim D.

F Y I

> **From:** "Norris, Raven (USACAN)" < Raven.Norris@usdoj.gov (mailto:Raven.Norris...
> **Date:** March 8, 2019 at 10:13:34 AM PST
> **To:** Shyam Chetal < shyamchetal@yahoo.com (mailto:shyamchetal@yahoo.com)>
> **Subject:** Defendants position on your Motion for Judicial Notice/Statement of ...
> Request to extend Case Management Conference by 30 days.

Good Morning Mr. Chetal,
I have reviewed the Motion for Judicial Notice and Statement of Undisputed fact...
February 28. Although we do not oppose you filing the Motion and Statement, i...
statement of undisputed facts is not required to be filed with this motion. See J...
Order-Civil-General at ¶ 9. In addition, upon review, this motion appears to con...
to another court action, articles, handwritten letter, faxes, and emails. Many of...
properly subject to judicial notice under Federal Rule of Evidence 201 because th...
known within the court's territorial jurisdiction or (2) easily verifiable from a sou...
cannot be reasonably questioned. FRE Rule 201. Accordingly, to the extent the...
properly subject to judicial notice, Defendants object to these exhibits. To the e...
consist of the October Request and the May 2018 correspondence between the...
this evidence is already before the Court and Defendants do not object to submi...

In addition, Defendants are requesting a 30 day extension of the CMC because it...
that a ruling on the motion could render the CMC unnecessary and therefore we...
CMC before a ruling on the Motion has occurred. Please let me know your posit...
extend the CMC by 30 days by Monday, March 11.

Finally, I will be on extended leave starting March 11 until the end of May. If you need to contact this office, please feel free to reach out to my colleague who will be monitoring this case in my absence, Sara Winslow. She can be reached at Sara.Winslow@usdoj.gov (mailto:Sara.Winslow@usdoj.gov).

Thank you Mr. Chetal.

Raven M. Norris
Assistant U.S. Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Office: (415) 436-6915
Fax: (415)436-6748

Hide Ad

Meet your document storage shredding tech support department.

W' workonomy.

Ad Info    Ad Feedback (/
(//my.xfinity.com/adinfoitsaperception
sdfc=355b7...
124254-c733c
141a-42d7-b
2e52b426622b&

# Largest High Purity Gypsum Mine in North America
## Ten Sleep Gypsum Mine



**Mine Details**

Commodity: Gypsum
Location: USA-Wyoming
Terms: For Sale
Price: $225 Million

Contact Seller

## Summary:

- There is one sole owner of the mineral rights.
- All Claims are current.
- No encumbrances or liens.
- Letters from the U.S. Bureau of Land Management (from the Rocky Mountain State involved), certify that the Mining Claim is considered Real Property and can be sold.
- Receipts from the Department Of The Interior and U.S. Bureau of Land Management (from the Rocky Mountain State involved) state that all Mining Claims Maintenance Fees have been paid.
- The owner of the mine passed away of cancer and all claims were transferred to his wife. All claim documentation showing Mrs. Porter as the owner of these claims is available upon request.

## Location and Access:

The project mining claims are located in Big Horn County, Northern Wyoming, USA, near the town of Worland. The claims total about 17,000 acres. Four of the five mining claim groups lie between or near Ten Sleep and Hyattsville, Wyoming, which are about 18 miles apart. The fifth claim group lies about 40 road miles south of Ten Sleep. County roads provide access to all claim groups, and BLM roads reach more inaccessible

PLAINTIFF'S EXHIBIT 3

Paved highways from Ten Sleep and Hyattsville allow easy truck transport to Worland and Manderson, respectively at a distance of 25 to 35 miles from most deposit areas. The Burlington Northern Railroad provides North-South rail freight service through Worland and Manderson, with ready connections to mainline service near Billings. Worland is 450 road miles from Denver and 162 road miles from Billings. Commuter air service is available from Worland, with several flights daily from Denver and Riverton.

### Description:

The Ten Sleep Gypsum mine is the largest high purity gypsum resource in North America, estimated at slightly more than one billion tons, on five mining claim groups. The claims total almost 17,000 acres of which 9,725 acres are underlain with gypsum. These gypsum deposits are secured by 108 association mining claims. All claims were staked before 1990; are properly located; and assessment work has been performed.

The project's net value is based on the estimated 1 Billion core ton gypsum deposit located within the 17,000 acre project.

The mine has an estimated value of over $23 Billion based on the CPA Appraisals according to the US Geological Survey, Mineral Commodity Summaries, January 2009. Another appraisal stated the conservative figure of: "a net appraised value of at least $11,516,560,000" (Charles R. Kozak Attorney at Law).

The following documentation is available for download:

- Ten Sleep Mine Business Plan Executive Summary
- Ten Sleep Mine Presentation
- Geological Report
- Updated Combined Geological Report
- Audit Report
- Complaint Disclosure - Porter v Chetal.pdf

### Additional Information:

Contact us to commence due diligence, request additional information, and to get in touch with the geological experts of this mine.

Photos:



PLAINTIFF'S EXHIBIT 3



# BUSINESS PROPOSITION

Business terms are negotiable and we will consider a variety of options selling this project.

AllenalarA Group of Companies, LLC verifies that:

- Marian Porter is the sole invested owner and attorney in fact.
- These are MINERAL RIGHTS only.
- Claims are current.
- There are no encumbrances or liens.



PLAINTIFF'S EXHIBIT 3

**Fwd: Thank you for submitting a FOIA request.**

From : Shyam Chetal <shyamchetal@yahoo.com>  Fri, Oct 20, 2017 03:50 PM
Subject : Fwd: Thank you for submitting a FOIA request.

---

From: "U.S. Department of the Interior" <doi-webforms@ios.doi.gov>
Date: October 20, 2017 at 3:35:23 PM PDT
To: <shyamchetal@yahoo.com>
Subject: **Thank you for submitting a FOIA request.**
Reply-To: <do-not-reply@ios.doi.gov>

Submitted on Friday, October 20, 2017 - 6:35pm
Submitted form:

Your Name: SHYAM K CHETAL
Mailing Address: 45319 WHITETAIL COURT
City: FREMONT
State or Country: CALIFORNIA
Zip or Postal Code: 94539-6038
Address Type: Home
Daytime Phone Number: 408 410 4788
Fax Number:
E-mail Address: shyamchetal@yahoo.com
Confirm E-mail Address : shyamchetal@yahoo.com
Your Organization: MYSELF AND UNITED CAPIAL INVEVESTMENTS INC WHICH I OWN 100%
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Bureau of Land Management (BLM)
Relevant park, refuge, site or other location: TEN SLEEP GYPSUM MINE,LOCATED IN BIG HORN COUNTY,WYOMING,/WORLAND
Request Description: VERIFICATION OF ALL OWNERS OF THE TEN SLEEP MGYPSUM MINE ,IN BIG HORN COUNTY,NORTHERN WYOMING NEAR TOWN OF WORLAND,CONSISTING OF 17,000 ACRES, INCLUDING MARIAN K PORTER REFLECTING SPECIFIC DATES OF OWNERSHIP FROM JANUARY 1 2 012 THROUGH OCTOBER 30 ,2017, INCLUDING THE DATES THAT MARIAN K PORTER LOST TOTAL OWNERSHIP IN THAT MINE, AND THE DATES THAT MARIAN K PORTER RE- ACQUIRED OWNERSHIP IN THAT MINE BY HERSELF OR WITH OTHER PERSONS OR CORPORATIONS OR PARTNERSHIPS ,IDTENTIFING DATES OF CHANGES
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing: There is an urgency to inform the public concerning actual or alleged Federal government activity and the request is made by a person primarily engaged in disseminating information.
Justification for Expedited Processing: THE EXISTENCE OF A FEDERAL JUDGEMENT AGAINST ME BY MARIAN K PORTER IN HER NAME BASED ONHER SWORN STATEMENT ,PORTER HAD LOST ALL INTEREST IN TEN SLEEP GYSUM MINE AS OF 12/20 /2013,WHILE PUBLIC RECORDS AS OF 2015-2017 REFLECT SHE IN FACT OWNS THE TENSLEEP GYPSUM MINE,SHOWN ON GOOGLE"TENSLEEP GYPSUM MINE FOR SALE OWNER MARIAN K PORTER-CENTURY 21 ,INFO@MINEINVEST.COM,PH626 673 9000 WEST COVINA CA,AND "MINE LISTINGS .COM,"THERE IS ONE SOLE OWNER OF THE MINERAL RIGHTS"EXECUTIVE SUMMARY 'MARIAN KM PORTER CONTR THE LARGEST HIGH PURITY GYPSEM RESOURCE IN NORTH AMERICA FOR $520 MILLION WORTH 23 BILLION- "ALLENALAR A GROUP OF COMPANIES HAS PARTENERED WITH MARIAN PORTER TO SELL TEN SLEEP
Expedited Processing Certification: I certify that the above statement(s) concerning expedited processing are true and c[...] the best of my knowledge and belief.
Please select the appropriate statement: I agree to pay all applicable fees.
I agree to pay fees up to this particular amount: $200.00
To assist in determining my requester category to assess fees, you should know that I am: an individual seeking inform[...] personal use and not for commercial use
Affiliated Organization: UNITED CAPITAL INVESTMENTS FREMONT CALIFORNIA HOME ADDRESS LISTED ABOVE
Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
Please explain why your request for a waiver of fees or a reduction in fees is justified.: NOT APPLICABLE



PLAINTIFF'S EXHIBIT

EXHIBIT 4

https://web.mail.comcast.net/zimbra/h/printmessage?id=53162&tz=America/Los_Angeles&xim=1